CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
November 24, 2026
LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAMES C. SIMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:24-cv-00547 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| CORRECTIONS OFFICER NEWMAN, | ) | By: Hon. Thomas T. Cullen |
| | ) | United States District Judge |
| Defendant. | ) | |

---

Plaintiff James C. Simmons, proceeding *pro se*, filed this civil-rights action under 42 U.S.C. § 1983 against Corrections Officer Newman concerning events that occurred while Plaintiff was incarcerated at River North Correctional Center. (*See* ECF No. 1.)

By Order entered August 19, 2024, the court advised Plaintiff that he must notify the court in writing immediately upon his transfer or release and provide the court with his new address. (ECF No. 3, at 2.) The court cautioned Plaintiff that the failure to notify the court of such a change of address would result in dismissal of this action. (*Id.*) This same directive was reiterated in orders entered on September 13, 2024, and October 23, 2024. (*See* ECF No. 5 at 2; ECF No. 7 at 2.) Nevertheless, on April 15, 2026, an order mailed to Plaintiff via the Virginia Department of Corrections ("VDOC") centralized mailing distribution center was returned to the court as undeliverable. (*See* ECF No. 29.) On October 21, 2026, after Plaintiff had still not updated the court regarding his release and new address, the court ordered Plaintiff to file a response within 30 days showing good cause as to why he failed to comply with the court's orders. To date, Plaintiff has still not provided the court with an updated address or responded to the court's order.

Additionally, on October 21, 2026, after learning that Plaintiff was no longer in the custody of the VDOC, the court ordered Plaintiff to pay the full filing fee within 30 days to proceed with his claims. (ECF No. 31.) The court cautioned Plaintiff that "[f]ailure to pay the filing fee within 30 days will result in the dismissal of this action." (*Id.* at 1.) More than 30 days have elapsed, and Plaintiff has not notified the court of any changes to his address or paid the filing fee. Based on Plaintiff's failure to comply with the court's orders or pay the filing fee, the court will **DISMISS** this action **WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) and 28 U.S.C. § 1914.

The Clerk is **DIRECTED** to send a copy of this Memorandum Opinion and the accompanying Order to Plaintiff at his last known address.

**ENTERED** this 24th day of November, 2026.

HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE